

# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
APR 22 2024
FILED
Clerk of Court

(Full name of plaintiff)

Lou Archie Griffin,

v.

(Full name of defendant(s))

Brown County Sheriff Department and Brown County Jail Medical Staff,

Case Number:

24-CV-53-JPS

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of United States America (State) Wisconsin and is located at Racine Correctional Institution 2019 Wisconsin ST. P.O. Box 900 Sturtevant WI 53177
(Address of prison or jail)

2. Defendant Brown County Sheriff & Jail Medical Staff
(Name)
is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

Amended Complaint – 1

United States District Court
Eastern District of Wisconsin

Lou A. Griffin,

Plaintiff,

Vs.                                Case Number: 24-CV-53-JPS

Brown County Sheriff
Department and Brown
County Jail Medical Staff,

Defendants,

Plaintiff, ad hear to the District Courts order to state a claim. To state a claim for relief under 42 U.S.C. § 1983, The Plaintiff will allege that Brown County Sheriff Department, and The Brown County Jail Medical Staff deprived him of a right by the Constitution or the laws of the United States and that Brown County Sheriff Department and Brown County Jail Staff, was acting under the color of law in the State of Wisconsin.

Brown County Sheriff Department, and Brown County Jail Medical Staff, resides at 3030 Curry Lane, GreenBay, Wisconsin 54311. Defendants name are John Doe District Attorney, These Department

B. STATEMENT OF claim (2)

at the present Time. The Brown County Jail Medical Staff acted with Deliberate Indifference To my Pain and suffering; while incarcerated in Their care. The Sheriff Department, fail To address my medical needs, as Provided under The Eight Amendment of The United States Constitution.

A Prisoner is protected by The fourtheen Amendment of The United States Constitution from Deliberate Indifference, when Brown County Jail Staff allowed petitioner To become infected in february 2021, and Then again in July of 2022. The Brown county Jail medical Staff; fail To protect The petitioner with adequate placement away from The Cov-19 Inmates who had The infection.

The Brown County Jail medical Staff, ignored and fail To address my serious medical needs after petitioner went several Time To The Medical Department, and complain about his health Problems. Remembering The petitioner is a 18 year old male, who Just had Cov-19; infections Two-Time, and he was complaing about Headack, loss of sleep, Black-outs, night sweats etc. It wasn't untill after a RN John Doe, came into The medical Staff for Brown County Jail, That The medical Department for Brown County Started To Take a look at petitioner medical Record

Amended complaint-2

and call him down to the Medical Department to check his High Blood pressure. The Brown County Medical Staff then, gave Petitioner two Aspirins, and sent him on his way for the headache; he was having. Brown County Jail Staff, never address the issues of Nights sweats, Black-outs, hot and cold issues.

Because of the laps of time for Medical Treatment, The Brown County Jail Staff, and Sheriff Department, caused serious risk of Substantial harm to petitioner Brain. While waiting on medical Treatment, from the Brown County Medical Department, Petitioner Never got X-Ray, to pin-point the problem, like Cat Scean, or MRI on the pepitioner Brain.

The pititioner Then Noticing The ear problem beccomming more Chronic and painful, went to Brown County Jail Staff members John Doe to report his condiction to the proper Medical Staff. Again, Petitioner was ignored, until the Pititioner had to be rushed to Aurora Bay-Port Hospital Emergency Room to Save petitioner life With Emergency Surgery, to Save petitioner life On March 10, 2023.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I The petitioner, want The Brown county and it Sheriff Department, Plus The Brown County Jail Staff, To Pay me 43,000,000 dollars for my Pain and Suffering while in their Jail custody.

The Brown County Jail Medical staff, hire outside medical help, and sometime those People they hire; dont show up for work, which leave Inmates without medical Attention.

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __12__ day of __April__ 20__24__.

Respectfully Submitted,

_Lou Archie Griffin_
Signature of Plaintiff

__# 85968__
Plaintiff's Prisoner ID Number

__Racine Correctional Institution__
__2019 Wisconsin St. P.O. Box 900__
(Mailing Address of Plaintiff) __Sturtevant, WI 53177-0900__

Amended Complaint – 5