# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LOU A. GRIFFIN,<br><br>               Plaintiff,<br><br>v.<br><br>OFFICER JENSEN, OFFICER MARTINEZ, OFFICER WARDOO, OFFICER MYERS, OFFICER CHRISTENSEN, LEYENDECKER, LONGSINE, PEARSON, S. FUMELLE, S. JOHNSON, OFFICER WERTEL, C. XIONG, DUSTIN R. DIMMER, and JOHN DOES,<br><br>              Defendants. | Case No. 24-CV-53-JPS<br><br>**ORDER** |

        On January 16, 2024, Plaintiff filed a complaint under 42 U.S.C. § 1983 alleging that various officials violated his constitutional rights. ECF No. 1. On May 10, 2024, the Court screened Plaintiff's amended complaint and allowed him to proceed on a Fourteenth Amendment medical claim against Doe Defendants. ECF No. 15. On January 30, 2025, Defendant Jensen filed a suggestion of bankruptcy and notice of automatic interim stay. ECF No. 48. Defendant explained that Wellpath, LLC, her employer at the relevant time, had filed for bankruptcy, so Plaintiff's claim against her should be stayed. *Id.* Defendant further explained that a bankruptcy court's order imposed an automatic stay of this action until February 18, 2025. *Id.*

        That deadline, however, has now passed, and Defendant Jensen has provided no update to the Court regarding a stay going forward. As such,

the Court orders Defendant Jensen to update the Court on or before **March 10, 2025** as to the status of the stay.

Accordingly,

**IT IS ORDERED** that Defendant Jensen file a status update on or before **March 10, 2025** regarding a stay going forward.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge