UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Lou A. Griffin,
    Plaintiff,

Vs.          Case No: 24-CV-53 JPS

Brown County Sheriff
Jail Staff, And Brown
County Sheriff Medical
Staff, et al.
    Defendants.

Motion in Response to Status Report on Wellpath's Bankruptcy Proceeding and Dischargement; on behalf of Defendant, R.N. Diane Jensen

Come Now, The Plaintiff, Lou Archie Griffin, and move this Honorable Court; Not to dismiss, Defendant RN Dian Jensen from the 42 U.S.C. § 1983 claim alleging that his various constitutional rights was violated by all The Defendant's in This Civil action

page 1 of 3

law suit. On May 10, 2024 the court screened Plaintiff's amended complaint, and allowed him to proceed on a Fourteenth Amendment Medical claim against Defendants. On January 30, 2025, Defendant R.N. Jensen filed for bankruptcy in the state of Texas, after the fact, that she knew, that she was being sued, by the Petitioner, Lou A. Griffin.

Now come, Petitioner, and move this Honorable court to hear the law governing Qualified immunity, for employees of Private prison or Jails, That collect federal funds for their services, under private parties who act under the color of state laws, are not protected by qualified immunity. Though they may possess some similar "good faith" defense.

Wherefore, Petitioner ask This Honorable Court under 28 U.S.C. § 1331, having all Jurisdiction over this case, To allow the Petitioner to go foward with his 42 U.S.C. § 1983 claim against the current Defendants in this case. Petitioner also ask this court to order that some

form of mediation Take place in This case, To avoid a long lengthy Trial Process. Petitioner, wants to avoid, all the Paper work of having all those Doctor's and assistant's come in To Testify at the Trial.

Sign This day of June 03 2025

Lou A. Griffin
Lou Archie Griffin